JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIKHS FOR JUSTICE, INC., "SFJ" On Behalf of deceased and injured Member of Sikhs community; BABU SINGH DUKHIYA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMITABH BACHCHAN, a national and citizen of India,<br><br>Defendant.<br>_____ | Case No. CV 14-08297 DDP (JCx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload for failure to comply with LOCAL RULE 3-2. Once compliance with said Local Rule has been completed, counsel shall contact the Courtroom Deputy to reactivate the case. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 14, 2014

DEAN D. PREGERSON
United States District Judge