Babak Pourtavoosi, Esq.
Of Counsel to Pannum The Firm, PC
7520 Astoria Blvd, Suite #170
Jackson Heights, NY 11370

Telephone: 718-672-6000
Facsimile:   718-732-4514

*Attorney(s) for: Plaintiff(s)*

# UNITED STATES DISTRICT COURT

## for the

## Central District of California

| | |
|---|---|
| Sikhs For Justice "SFJ" Inc.; Babu Singh Dukhiya; and Mohender Singh <br><br> Plaintiff(s), <br><br> vs. <br><br> Amitabh Bachchan, a national and Citizen of India <br><br> Defendant(s). | Civil Action No. CV14-08297 DDP(JG) <br><br> **DECLARATION OF SERVICE OF: DAVID UNGER AS TALENT MANAGER FOR AMITABH BACHCHAN** |

I, SARAH THOMPSON, declare as follows:

I am over the age of eighteen years and not a party to the within action. I am a registered California Process Server, Los Angeles County #6679. My business address is 1304 North Highland Avenue, Suite 274, Los Angeles, CA 90028, 323-508-1711. I further declare that I received the Summons and Complaint on February 23, 2015 for service on Amitabh Bachchan, through his talent manager David Unger: and if called upon to testify in this matter to verify the facts of this service I could and would. Below is my declaration of service.

BUSINESS ADDRESS:

Resolution Entertainment, LLC

1801 Century Park East, 23rd Floor

Los Angeles, CA 90067

DATE:   TIME:   STATUS:

02/23/2015 2:11 PM  I attempted service at this address, Resolution Entertainment requires all persons requesting access be announced. The "Jane Doe" Security Guard at the front desk allowed me to speak to one of the employees of the company from the telephone on the front desk. I spoke with a male who had an American accent and would only give his first name as George. He stated Mr. Bachchan is no longer represented by Resolution Entertainment, as his agent David Unger had moved to Three Six Zero Entertainment at 9348 Civic Center Drive, Beverly Hills, CA 90210, his office number is 310-867-7024. Mr. Bachchan stayed with Mr. Unger as his talent representative and left Resolution Entertainment. I thanked him for his time and left the property. "Jane Doe" Security Guard is described as female, Hispanic, about 5'5" tall, about 130 pounds, in her 20s.

BUSINESS ADDRESS:

Three Six Zero Entertainment

9348 Civic Center Drive

Beverly Hills, CA 90212

DATE:   TIME:   STATUS:

02/23/2015   2:25 PM  I arrived at the above address, the company is Live Nation Entertainment, I spoke with Steve Ray, Receptionist, who had a name plaque on his desk, and showed him my registration card. Mr. Ray said he didn't have a David Unger listed in his directory and all legal documents must go the Agent for Service for Live Nation Entertainment. I asked if Three Six Zero Entertainment was located at this address, he said yes, Live Nation

Entertainment was the parent company. I gave Mr. Ray the phone number for Mr. Unger's office and he said the main phone number is 310-867-7000. I stepped out to my car across the street and called the phone number provided by George "Doe", a female answered the telephone saying "Mark Gillespie's office", and I apologized and said I was given this number for David Unger's office, she transferred me to Mr. Unger's office. A male with an American accent who answered confirmed I had reached David Unger's office. I identified myself and the nature of the documents I had for his client Amitabh Bachchan and stated I needed to give them to Mr. Unger, as his Agent, to forward to his client. He said David Unger was not his Talent Agent, but his Manager; I said a Manager would be fine. He then said Mr. Unger was traveling and unavailable. I asked him if his office was located at Three Six Zero Entertainment, he replied they were still in the process of setting up their office, but wouldn't give me that address. He stated he wasn't in contact with Mr. Bachchan and didn't know how to locate, or get in contact with him. I reminded him he stated Mr. Unger was his Manager and he replied they only managed him for certain projects. He said again he didn't know how to get a hold of Mr. Bachchan, and he (the person I was speaking with) was only the Second Assistant and he had given me all the information he had. I gave my phone number to him and asked if someone could call me back who had more information. I then asked for his name and he said "Chris", but refused to give me his last name. I then asked him if I could speak with the First Assistant and he replied he was the First Assistant and he had given me all the information he had for Mr. Bachchan. I then asked Chris if Mr. Unger was the Manager, how he got a hold of his client. He said they no longer managed Mr. Bachchan and to contact Resolution Entertainment as his Agent. I replied I had already spoken to the company and was told he was a client of David Unger, Resolution Entertainment gave me the current address and contact number for Mr. Unger. Chris replied he was sorry he didn't have any more information to give me; I thanked him for his time and asked if he could have someone call me about Mr. Bachchan. I never received a phone call.

I spoke with my client who said I should give the Summons and Complaint to Mr. Gillespie's office to forward to Mr. Unger. I returned to the reception desk and asked Mr. Ray for Mark Gillespie's office. He confirmed they were located there and said he told by their legal department to tell me to serve the Agent for Service of Process, as this was the company policy. I asked him again to contact Mr. Gillespie's office and he refused stating I had to serve the Agent for Service of Process. I asked who the agent was and he said he didn't have that information, but I could find it by looking up Live Nation Entertainment. He said he was sorry, but this is what the Legal Department told him to do.

On 02/23/2015 at 2:55 PM, I served Steve Ray, Receptionist as person in charge. Mr. Ray is described as Male, African American, about 6'2" tall, around 210 pounds, black hair, brown eyes, mid to late 20s.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/24/2015

Sarah Thompson

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV14-08298 DDP (JG)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amitabh BACHCHAN, a national and citizen of India

was received by me on *(date)* 02/23/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons and Complaint on Steve Ray, Receptionist at Live National Entertainment the parent company of Three Six Zero Entertainment, located at 9348 Civic Center Drive, Beverly Hills, CA 90210. Mr. David Unger, current talent manager for Mr. Bachchan is co-CEO of Three Six Zero Entertainment.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/24/2015

*Server's signature*

Sarah Thompson, Los Angeles County Reg. #6679,
*Printed name and title*

L.A. Process Servers
1304 N. Highland Ave., #274
Los Angeles, CA 90028
323-508-1711
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED DECLARATION